# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW13 | E1152714 | DURAN | 19 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 11/27/2020 0103 | 18 USC 1361 |

Place of Offense: HWY 7 / 224TH ST E

Offense Description: Factual Basis for Charge — HAZMAT ☐
DESTRUCTION OF GOVERNMENT PROPERTY

### DEFENDANT INFORMATION

Phone: 253-446-[redacted]

| Last Name | First Name | MI |
|---|---|---|
| STRANGE | NICHOLAS | M |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| BGR4961 | VA | 19 | HYUN/ELANTRA | | SILVER |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☑ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

M/C

Forfeiture Amount: $
+ $30 Processing Fee
Total Collateral Due: $

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: MAILED

Original - CVB Copy

*E1152714*

CVB SCAN 12/30/2020 13:23

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 26 NOV, 20 20 while exercising my duties as a law enforcement officer in the WESTERN District of WASHINGTON

SEE ATTACHED

The foregoing statement is based upon:
- ☐ my personal observation
- ☑ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/27/2020    MD (Officer's Signature)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/30/2020 13:23