_____ FILED _____ LODGED
_____ RECEIVED

Feb 16, 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21- 5070 |
| Plaintiff, | ) | |
| v. | ) | INFORMATION |
| NICHOLAS M. STRANGE, | ) | (Misdemeanor) |
| Defendant. | ) | |

The United States Attorney charges that:

On or about November 27, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, NICHOLAS M. STRANGE, did willfully destroy or damage property of the United States not exceeding the sum of One Thousand Dollars ($1,000).

///

///

///

INFORMATION
United States v. NICHOLAS M. STRANGE
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. §§ 7 and 1361.

DATED this 16th day of February, 2021.

BRIAN T. MORAN
United States Attorney

JONATHON H. CODY
Special Assistant United States Attorney

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil